UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

EDWARD WILLIAM KADAR, JR.,

    Plaintiff,

  v.

ALLIED INTERSTATE, INC.,

    Defendant.

Case No. 09-cv-917-JPG

## JUDGMENT

This matter having come before the Court, Plaintiff Edward William Kadar, Jr. having filed a Notice of Acceptance (Doc. 12) of Defendant Allied Interstate, Inc.'s Offer of Judgment, and the parties having complied with the requirements of Federal Rule of Civil Procedure 68(a),

IT IS HEREBY ORDERED AND ADJUDGED that Allied will pay Kadar as follows: alleged damages in the amount of $350.00 (three hundred and fifty dollars), reasonable attorneys' fees in the amount of $2,000.00 (two thousand dollars), and litigation costs in the amount of $350.00 (three hundred and fifty dollars), for a total judgment of $2,700.00 (twenty seven hundred dollars).

**DATED: January 21, 2010**

NANCY ROSENSTENGEL, Clerk of Court

By:s/Deborah Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert_____
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**